# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE BENNETT, | ) **Case No.: 2:17-cv-02326-KJM-CKD** |
| Plaintiff, | ) Hon. Kimberly J. Mueller<br>) Courtroom 3 |
| vs. | ) **ORDER ON STIPULATION RE:**<br>) **JOINT RETENTION AND USE OF A** |
| LAKE TAHOE RESORT PARTNERS, L.L.C., *et al.*, | ) **DISABILITY ACCESS**<br>) **CONSULTANT** |
| Defendants. | ) |

Pursuant to the stipulation of the Parties, and for good cause shown, it is hereby ordered that:

1. The Parties will jointly retain Neal Casper of Casper Development Resources, Inc. The costs associated with the retention and use of Mr. Casper shall be shared equally by the Parties; however, nothing herein shall prelude Plaintiff from seeking to recover those costs from Defendants in settlement negotiations or litigation.

2. Mr. Casper will be instructed to prepare a report of his findings following the inspection. A full and complete copy of the report will be provided to counsel for each Party.

3. Any Party or all Parties may use Mr. Casper as their expert witness in this Litigation. Any report(s), note(s), photograph(s), or other documentation generated by Mr. Casper as a result of his work on this case may be used by any or all Parties in this Litigation.

4. The joint retention of Mr. Casper does not preclude any Party from retaining additional disability access consultant(s) for this Litigation.

DATED: April 3, 2018.

_____
UNITED STATES DISTRICT JUDGE